**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JASMINE REYNOLDS,** | **CIVIL ACTION** |
|        **Plaintiff,** | |
| | |
|    **v.** | |
| | |
| **BELMONT BEHAVIORAL HEALTH,** | **NO.  18-2152** |
| **ACADIA HEALTHCARE, INC. AND** | |
| **JENNIFER POLEN,** | |
|        **Defendants.** | |

# <u>O R D E R</u>

      **AND NOW**, this 24th day of January, 2019, upon consideration of Defendants' Motion

to dismiss Plaintiff's First Amended Complaint (ECF Nos. 37, 41), and Plaintiff's Response in

Opposition thereto (ECF No. 40), **IT IS ORDERED** that Defendants' Motion is **GRANTED**.

The First Amended Complaint (ECF No. 36) is **DISMISSED WITHOUT PREJUDICE**.

Plaintiff shall file any amended complaint by March 25, 2019.


                    **BY THE COURT:**


                    **/s/Wendy Beetlestone, J.**

                    _____

                    **WENDY BEETLESTONE, J.**